| | |
|---|---|
| GREGORY P. STONE (SBN 078329)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue,<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9255<br>Facsimile:      (213) 687-3702<br>Gregory.Stone@mto.com | HARRY H. SCHNEIDER, JR.<br>SUSAN FAHRINGER<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101<br>Telephone:    (206) 359-8000<br>Facsimile:     (206) 359-9000<br>HSchneider@perkinscoie.com<br>SFahringer@perkinscoie.com |
| ROSEMARIE T. RING (SBN 220769)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street,<br>Twenty-Seventh Floor<br>San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4008<br>Facsimile:      (415) 512-4077<br>Rose.Ring@mto.com | Attorneys for Defendant T-MOBILE USA, INC.<br><br>ALAN HIMMELFARB (SBN 90480)<br>KAMBEREDELSON, LLP<br>2757 Leonis Boulevard<br>Vernon, CA 90058<br>Telephone:    (323) 585-8696<br>Facsimile:     (323) 585-8696<br>Consumerlaw1@earthlink.net |
| CHARLES B. CASPER<br>MONTGOMERY, MCCRACKEN,<br>WALKER & RHOADS, LLP<br>123 South Broad Street<br>Philadelphia, PA 19109<br>Telephone:     (215) 772-7223<br>Facsimile:      (215) 731-3750<br>ccasper@mmwr.com<br><br>Attorneys for Defendants<br>MICROSOFT CORPORATION and<br>DANGER, INC. | JAY EDELSON<br>MICHAEL J. ASCHENBRENER (*Pro Hac Vice*)<br>KAMBEREDELSON, LLC<br>350 N. LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>Telephone:    (312) 589-6379<br>Facsimile:     (312) 589-6378<br>maschenbrener@kamberedelson.com<br><br>Attorneys for Plaintiff<br>MAUREEN THOMPSON |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

GRANTED
Judge James Ware
11/23/2009

| | |
|---|---|
| MAUREEN THOMPSON, an individual, on behalf of herself and all others similarly situated,<br><br>              Plaintiffs,<br><br>     vs.<br><br>T-MOBILE USA, INC., a Delaware Corporation, DANGER, INC., a Delaware Corporation, and MICROSOFT CORPORATION, a Washington Corporation,<br><br>              Defendants. | CASE NO.  5:09-CV-04854-JW<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

9238327.1

STIPULATION
CASE NO. 5:09-CV-04854-JW

1     WHEREAS, on October 21, 2009, plaintiff served on defendants Microsoft Corporation
2 and T-Mobile USA, Inc. the complaint in the above-captioned case;
3     WHEREAS, pursuant to FRCP 12(a)(1)(A), defendants Microsoft Corporation and
4 T-Mobile USA, Inc. have until November 10, 2009, to answer, move or otherwise respond to the
5 complaint;
6     WHEREAS, on October 23, 2009, plaintiff served on defendant Danger, Inc. the
7 complaint in the above-captioned case;
8     WHEREAS, pursuant to FRCP 12(a)(1)(A), defendant Danger, Inc. has until November
9 12, 2009, to answer, move or otherwise respond to the complaint;
10     WHEREAS, plaintiff has agreed to extend the deadline for defendants to answer, move or
11 otherwise respond to the complaint until December 18, 2009;
12     WHEREAS, this extension will not alter the date of any event or deadline already fixed by
13 Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;
14     NOW THEREFORE, plaintiff and defendants through their counsel of record stipulate to
15 the following:
16     IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for
17 defendants to answer, move or otherwise respond to the complaint shall be and is hereby
18 extended to December 18, 2009.
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED:  November 10, 2009 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | |
| 4 | | By:      */s/ Rosemarie T. Ring*<br>          ROSEMARIE T. RING |
| 5 | | Attorneys for Defendants<br>MICROSOFT CORPORATION AND |
| 6 | | DANGER, INC. |
| 7 | DATED:  November 10, 2009 | PERKINS COIE LLP |
| 8 | | |
| 9 | | |
| 10 | | By:      */s/ Harry H. Schneider, Jr.*<br>          HARRY H. SCHNEIDER, JR.<br>          SUSAN FAHRINGER |
| 11 | | |
| 12 | | Attorneys for Defendant<br>T-MOBILE USA, INC. |
| 13 | DATED:  November 10, 2009 | KAMBEREDELSON, LLC |
| 14 | | |
| 15 | | |
| 16 | | By:      */s/ Michael J. Aschenbrener*<br>          MICHAEL J. ASCHENBRENER |
| 17 | | Attorneys for Plaintiff |
| 18 | | MAUREEN THOMPSON |

## CERTIFICATION

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT.  In compliance with General Order 45.X.B., I hereby attest that Harry H. Schneider and Michael J. Aschenbrener concurred in this filing.