| | |
|---|---|
| GREGORY P. STONE (SBN 078329)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue,<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:    (213) 683-9255<br>Facsimile:     (213) 687-3702<br>Gregory.Stone@mto.com<br><br>ROSEMARIE T. RING (SBN 220769)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street,<br>Twenty-Seventh Floor<br>San Francisco, CA  94105-2907<br>Telephone:    (415) 512-4008<br>Facsimile:     (415) 512-4077<br>Rose.Ring@mto.com<br><br>Attorneys for Defendants<br>MICROSOFT CORPORATION and<br>DANGER, INC. | HARRY H. SCHNEIDER, JR.<br>(Pro Hac Vice Pending)<br>SUSAN FAHRINGER<br>(Pro Hac Vice Pending)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101<br>Telephone:    (206) 359-8000<br>Facsimile:     (206) 359-9000<br>HSchneider@perkinscoie.com<br>SFahringer@perkinscoie.com<br><br>[*Additional Counsel on Signature Page*]<br><br>Attorneys for Defendant<br>T-MOBILE USA, INC.<br><br>JAY EDELSON<br>MICHAEL J. ASCHENBRENER (*Pro Hac Vice*)<br>KAMBEREDELSON, LLC<br>350 N. LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>Telephone:    (312) 589-6379<br>Facsimile:     (312) 589-6378<br>maschenbrener@kamberedelson.com<br><br>[*Additional Counsel on Signature Page*]<br><br>Attorneys for Plaintiff<br>MAUREEN THOMPSON |

**IT IS SO ORDERED**
*Judge James Ware*
12/18/2009

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MAUREEN THOMPSON, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>T-MOBILE USA, INC., a Delaware Corporation, DANGER, INC., a Delaware Corporation, and MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　　Defendants. | CASE NO.  5:09-CV-04854-JW<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

9454742.1

STIPULATION
CASE NO. 5:09-CV-04854-JW

1  WHEREAS, on October 21, 2009, plaintiff served on defendants Microsoft Corporation and T-Mobile USA, Inc. the complaint in the above-captioned case;

3  WHEREAS, on October 23, 2009, plaintiff served on defendant Danger, Inc. the complaint in the above-captioned case;

5  WHEREAS, pursuant to a stipulation of the parties approved by the Court on November 23, 2009, defendants' deadline to answer, move or otherwise respond to the complaint was extended until December 18, 2009;

8  WHEREAS, the parties have agreed to extend the deadline for defendants to answer, move or otherwise respond to the complaint until January 18, 2010;

10  WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;

12  NOW THEREFORE, plaintiff and defendants through their counsel of record stipulate to the following:

14  IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for defendants to answer, move or otherwise respond to the complaint shall be and is hereby extended to January 18, 2010.

| | | |
|---|---|---|
| 1 | DATED:  December 15, 2009 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Rosemarie T. Ring*<br>ROSEMARIE T. RING |
| 5 | | Attorneys for Defendants<br>MICROSOFT CORPORATION AND |
| 6 | | DANGER, INC. |
| 7 | DATED:  December 15, 2009 | PERKINS COIE LLP |
| 8 | | |
| 9 | | |
| 10 | | By: */s/ Jason A. Yurasek*<br>JASON A. YURASEK |
| 11 | | Attorneys for Defendant<br>T-MOBILE USA, INC. |
| 12 | | |
| 13 | DATED:  December 15, 2009 | KAMBEREDELSON, LLC |
| 14 | | |
| 15 | | By: */s/ Michael J. Aschenbrener* |
| 16 | | MICHAEL J. ASCHENBRENER |
| 17 | | Attorneys for Plaintiff<br>MAUREEN THOMPSON |

*Additional Counsel:*

| | |
|---|---|
| JASON A. YURASEK (SBN 202131)<br>JYurasek@perkinscoie.com<br>JOREN S. BASS (SBN 208143)<br>JBass@perkinscoie.com<br>PHILIP A. LEIDER (SBN 229751)<br>PLeider@perkinscoie.com<br>PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>Telephone: 415-344-7000<br>Facsimile: 415-344-7050<br><br>Attorneys for Defendant<br>T-MOBILE USA, INC. | ALAN HIMMELFARB (SBN 90480)<br>KAMBEREDELSON, LLP<br>2757 Leonis Boulevard<br>Vernon, CA 90058<br>Telephone:   (323) 585-8696<br>Facsimile:   (323) 585-8696<br>Consumerlaw1@earthlink.net<br><br>Attorneys for Plaintiff<br>MAUREEN THOMPSON |

1 **CERTIFICATION**

2  I, Rosemarie T. Ring, am the ECF User whose identification and password are being used
3 to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO
4 ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT.  In compliance with
5 General Order 45.X.B., I hereby attest that Jason A. Yurasek and Michael J. Aschenbrener
6 concurred in this filing.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28