GREGORY P. STONE (SBN 078329)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9255
Facsimile: (213) 687-3702
gregory.stone@mto.com

ROSEMARIE T. RING (SBN 220769)
MUNGER, TOLLES & OLSON LLP
560 Mission Street,
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4008
Facsimile: (415) 512-4077
rose.ring@mto.com

Attorneys for Defendants
MICROSOFT CORPORATION and
DANGER, INC.

HARRY H. SCHNEIDER, JR. (Pro Hac Vice)
SUSAN FAHRINGER (Pro Hac Vice)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
hschneider@perkinscoie.com
sfahringer@perkinscoie.com

[*Additional Counsel on Signature Page*]

Attorneys for Defendant
T-MOBILE USA, INC.

JAY EDELSON
MICHAEL J. ASCHENBRENER (*Pro Hac Vice*)
EDELSON MCGUIRE, LLC
350 N. LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6379
Facsimile: (312) 589-6378
jedelson@edelson.com
maschenbrener@edelson.com

[*Additional Counsel on Signature Page*]

Attorneys for Plaintiff
MAUREEN THOMPSON

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge James Ware
NORTHERN DISTRICT OF CALIFORNIA
1/19/2010

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

MAUREEN THOMPSON, an individual, on behalf of herself and all others similarly situated,

Plaintiffs,

vs.

T-MOBILE USA, INC., a Delaware Corporation, DANGER, INC., a Delaware Corporation, and MICROSOFT CORPORATION, a Washington Corporation,

Defendants.

CASE NO. 5:09-CV-04854-JW

**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS, on October 21, 2009, plaintiff served on defendants Microsoft Corporation and T-Mobile USA, Inc. the complaint in the above-captioned case;

WHEREAS, on October 23, 2009, plaintiff served on defendant Danger, Inc. the complaint in the above-captioned case;

WHEREAS, pursuant to a stipulation of the parties approved by the Court on December 18, 2009, defendants' deadline to answer, move or otherwise respond to the complaint was extended until January 18, 2010;

WHEREAS, on January 7, 2010, the Court issued an order relating the above-captioned case to Case Nos. 09-cv-04854-JW, 09-cv-05901-HRL, 09-cv-05973-PVT, 09-cv-05974-RS, and 09-cv-05975-HRL, and setting a Case Management Conference to address scheduling and other case management issues for the related cases on February 8, 2010 at 10:00 a.m.;

WHEREAS, in light of the February 8, 2010 Case Management Conference, the parties have agreed to extend the deadline for defendants to answer, move or otherwise respond to the complaint until February 19, 2010;

WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;

NOW THEREFORE, plaintiff and defendants through their counsel of record stipulate to the following:

IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for defendants to answer, move or otherwise respond to the complaint shall be and is hereby extended to February 19, 2010.

DATED: January 18, 2009

MUNGER, TOLLES & OLSON LLP

By: *_/s/ Rosemarie T. Ring_*
ROSEMARIE T. RING

Attorneys for Defendants
MICROSOFT CORPORATION AND DANGER, INC.

DATED: January 18, 2009

PERKINS COIE LLP

By: *_/s/ Susan Fahringer_*
SUSAN FAHRINGER

Attorneys for Defendant
T-MOBILE USA, INC.

DATED: January 18, 2009

EDELSON MCGUIRE, LLC

By: *_/s/ Michael J. Aschenbrener_*
MICHAEL J. ASCHENBRENER

Attorneys for Plaintiff
MAUREEN THOMPSON

*Additional Counsel:*

JASON A. YURASEK (SBN 202131)
JYurasek@perkinscoie.com
JOREN S. BASS (SBN 208143)
JBass@perkinscoie.com
PHILIP A. LEIDER (SBN 229751)
PLeider@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: 415-344-7000
Facsimile: 415-344-7050

Attorneys for Defendant
T-MOBILE USA, INC.

ALAN HIMMELFARB (SBN 90480)
2757 Leonis Boulevard
Vernon, CA 90058
Telephone: (323) 585-8696
Facsimile: (323) 585-8696
Consumerlaw1@earthlink.net

Attorneys for Plaintiff
MAUREEN THOMPSON

**CERTIFICATION**

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT. In compliance with General Order 45.X.B., I hereby attest that Susan Fahringer and Michael J. Aschenbrener concurred in this filing.