

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAUREEN THOMPSON, an individual, on behalf of herself and all others similarly situated,<br><br>          Plaintiffs,<br><br>  vs.<br><br>T-MOBILE USA, INC., a Delaware Corporation, DANGER, INC., a Delaware Corporation, and MICROSOFT CORPORATION, a Washington Corporation,<br><br>          Defendants. | CASE NO. 5:09-CV-04854-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED CASES PURSUANT TO FED.R.CIV.P. 42, ALLOWING FOR THE FILING OF A CONSOLIDATED AMENDED COMPLAINT, AND SETTING CASE MANAGEMENT CONFERENCE FOR APRIL 26, 2010** |

9831544.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:09-CV-04854-JW

| | | |
|---|---|---|
| 1 | ELI MAPSTEAD, on behalf of himself and for the benefit of all with the common or general interest, any persons injured, and all others similarly situated, | CASE NO. 5:09-CV-04901-JW |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | vs. | |
| 5 | T-MOBILE USA, INC., a Delaware Corporation, DANGER, INC., a Delaware Corporation, and MICROSOFT CORPORATION, a Washington Corporation, | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |
| 9 | DERIKA MOSES, an individual, on behalf of herself and all other persons similarly situated, | CASE NO. 5:09-CV-05901-JW |
| 10 | | |
| 11 | Plaintiffs, | |
| 12 | vs. | |
| 13 | T-MOBILE USA, INC., a Delaware Corporation, DANGER, INC., a Delaware Corporation, and MICROSOFT CORPORATION, a Washington Corporation, and DOES 1-10, inclusive, | |
| 14 | | |
| 15 | | |
| 16 | Defendants. | |
| 17 | MARY PEITLER, individually and on behalf of all others similarly situated, | CASE NO. 5:09-CV-05973-JW |
| 18 | Plaintiffs, | |
| 19 | vs. | |
| 20 | T-MOBILE USA, INC., a Delaware Corporation, | |
| 21 | Defendant. | |
| 22 | LISA MARINARO and NICOLE MARINO, on behalf of themselves and all others similarly situated, | CASE NO. 5:09-CV-05974-JW |
| 23 | | |
| 24 | Plaintiffs, | |
| 25 | vs. | |
| 26 | T-MOBILE USA, INC., a Delaware Corporation, and MICROSOFT CORPORATION, a Washington Corporation, | |
| 27 | | |
| 28 | Defendants. | |

| | | |
|---|---|---|
| 1 | OREN ROSENTHAL, individually and as the representative of a class of similarly-situated persons, | CASE NO. 5:09-CV-05975-JW |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | vs. | |
| 5 | T-MOBILE USA, INC., a Washington Corporation, | |
| 6 | Defendants. | |
| 7 | SHANNON DRAKE, an individual, on behalf of herself and all others similarly situated, | CASE NO. 5:09-CV-06100-JW |
| 8 | | |
| 9 | Plaintiffs, | |
| 10 | vs. | |
| 11 | T-MOBILE USA, INC., a Delaware Corporation, MICROSOFT CORPORATION, a Washington Corporation, and DANGER, INC., a subsidiary of MICROSOFT CORPORATION, | |
| 12 | | |
| 13 | | |
| 14 | Defendants. | |

**\*\*\* ORDER \*\*\***

Plaintiffs and Defendants T-Mobile USA, Inc., Microsoft Corporation, and Danger, Inc., by and through their undersigned counsel of record, stipulate to entry of this Order consolidating the above-captioned related cases pursuant to Fed. R. Civ. P. 42(a), allowing for the filing of a Consolidated Complaint, and setting a Case Management Conference in the consolidated action for April 26, 2009 at 10:00 a.m.

1. The above-captioned cases, which the Court has found to be related cases under Civil Local Rule 3-12, are hereby consolidated pursuant to Fed. R. Civ. P. 42(a).

2. The Clerk shall consolidate these actions such that the earlier filed action, **C 09-4854 JW**, is the lead case. In light of the consolidation, the Clerk shall administratively close the following cases: C 09-04901 JW, C 09-05901 JW, C 09-05973 JW; C 09-05974 JW, C 09-05975 JW; and C 09-06100 JW.

3. All future filings shall be filed in **C 09-04854 JW** and bear the caption: **"In re T-Mobile Sidekick Litigation."**

4. Plaintiffs shall file and serve on Defendants a Consolidated Complaint on or before February 19, 2010, and Defendants shall have until March 19, 2010, to answer, move or otherwise respond to the Consolidated Complaint.

7. On April 26, 2010 at 10:00 a.m., the parties shall appear for a Case Management Conference in the consolidated action. On or before April 16, 2010, the parties shall file a Joint Case Management Statement pursuant to Fed. R. Civ. P. 26 and Civil L.R. 16-9.

**The Statement shall include, among other things, a good faith discovery schedule, including the parties' recommendation as to whether discovery should be bifurcated, and proposed dates for the close of all discovery.**

Dated: February 4, 2010

_____
JAMES WARE
United States District Judge