| | |
|---|---|
| GREGORY P. STONE (SBN 078329)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue,<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9255<br>Facsimile:      (213) 687-3702<br>gregory.stone@mto.com | HARRY H. SCHNEIDER, JR. (Pro Hac Vice)<br>SUSAN D. FAHRINGER (Pro Hac Vice)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101<br>Telephone:     (206) 359-8000<br>Facsimile:      (206) 359-9000<br>hschneider@perkinscoie.com<br>sfahringer@perkinscoie.com |
| ROSEMARIE T. RING (SBN 220769)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street,<br>Twenty-Seventh Floor<br>San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4008<br>Facsimile:      (415) 512-4077<br>rose.ring@mto.com | [*Additional Counsel on Signature Page*]<br><br>Attorneys for Defendant<br>T-MOBILE USA, INC. |
| CHARLES B. CASPER<br>(Admitted Pro Hac Vice)<br>MONTGOMERY, McCRACKEN,<br>WALKER & RHOADS, LLP<br>123 South Broad Street<br>Philadelphia, PA 19109-1029<br>Telephone:     (215) 772-7223<br>Facsimilie:     (215) 731-3750<br>ccasper@mmwr.com | IRA P. ROTHKEN (SBN 160029)<br>ROTHKEN LAW FIRM<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949<br>Telephone:     (415) 924-4250<br>Facsimile:      (415) 924-2905<br>ira@techfirm.com<br><br>Attorneys for Plaintiffs |
| Attorneys for Defendants<br>MICROSOFT CORPORATION and<br>DANGER, INC. | |

**DENIED**
*Judge James Ware*
4/13/2010

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re T-MOBILE SIDEKICK LITIGATION | CASE NO.  5:09-CV-04854-JW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE THE APRIL 26, 2010 CASE MANAGEMENT CONFERENCE TO JULY 26, 2010, AND TO EXTEND THE DEADLINE TO FILE A JOINT CASE MANAGEMENT STATEMENT FROM APRIL 16, 2010 TO JULY 19, 2010** |

1    WHEREAS, Plaintiffs self organized to transfer five proposed nationwide class actions
2  brought on behalf of all "Sidekick" cell phone users alleging interruption of data service and data
3  loss to the Northern District of California from other districts under 28 U.S.C. §§ 1404(a) and
4  1406(a), and to relate those cases with two others already pending in the Northern District of
5  California under Civil L.R. 3-12;

6    WHEREAS, Plaintiffs and Defendants T-Mobile USA. Inc., Microsoft Corporation, and
7  Danger, Inc. stipulated to (1) consolidation of the seven related cases under Fed. R. Civ. P. 42(a),
8  (2) filing of a Consolidated Complaint by February 19, 2010, to which Defendants had to answer
9  or otherwise respond by March 19, 2010, and (3) scheduling of a Case Management Conference
10 in the consolidated action for April 26, 2010, and filing of a Joint Case Management Statement
11 under Fed. R. Civ. P. 26 and Civil L. R. 16-9 on or before April 16, 2010, and requested that the
12 Court enter a stipulated proposed order to that effect ("Proposed Order Consolidating Related
13 Cases And Setting Case Management Conference");

14   WHEREAS, Plaintiffs agreed that Ira Rothken, Sherrie R. Savett, Michael J.
15 Aschenbrener, and Samuel H. Rudman should be appointed Co-Lead Counsel with "day-to-day
16 responsibility for the conduct of the consolidated action" and requested that the Court enter a
17 stipulated proposed order to that effect ("Proposed Order Appointing Co-Lead Counsel");

18   WHEREAS, on February 4, 2009, the Court entered the Proposed Order Consolidating
19 Related Cases And Setting Case Management Conference and the Proposed Order Appointing
20 Co-Lead Counsel;

21   WHEREAS, on February 19, 2010, Plaintiffs filed their Consolidated Complaint;

22   WHEREAS, on March 19, 2010, Defendants filed answers to the Consolidated
23 Complaint;

24   WHEREAS, the parties have agreed that, subject to the Court's approval, the April 26,
25 2010 Case Management Conference should be continued to July 26, 2010, and the deadline for
26 filing a Joint Case Management Statement under Fed. R. Civ. P. 26 and Civil L.R. 16-9 should be
27 extended from April 16, 2010 to July 19, 2010, in support of the parties' continuing efforts to
28 manage and move this action forward in the most effective and efficient manner possible;

1  NOW THEREFORE, Plaintiffs and Defendants, through their counsel of record, stipulate to the following:

IT IS HEREBY STIPULATED that, subject to the Court's approval, the Case Management Conference scheduled for April 26, 2010 at 10:00 a.m. should be continued to July 26, 2010 at 10:00, and the deadline for filing a Joint Case Management Statement under Fed. R. Civ. P. 26 and Civil L.R. 16-9 should be extended from April 16, 2010 to July 19, 2010.

DATED:  April 9, 2010                      ROTHKEN LAW FIRM


                                           By:       */s/ Ira P. Rothken*
                                                     IRA P. ROTHKEN

                                           Attorneys for Plaintiff
                                           ELI MAPSTEAD

DATED:  April 9, 2010                      EDELSON MCGUIRE, LLC



                                           By:       */s/ Michael J. Aschenbrener*
                                                     MICHAEL J. ASCHENBRENER

                                           Attorneys for Plaintiff
                                           MAUREEN THOMPSON

DATED:  April 9, 2010                      BERGER & MONTAGUE, P.C.



                                           By:       */s/ Sherrie R. Savett*
                                                     SHERRIE R. SAVETT

                                           Attorneys for Plaintiffs
                                           LISA MARINARO and NICOLE
                                           MARINARO

2  STIPULATED REQUEST AND [PROPOSED] ORDER
   CASE NO. 5:09-CV-04854-JW

| | | |
|---|---|---|
| 1 | DATED: April 9, 2010 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |

By:     */s/ Samuel H. Rudman*
        SAMUEL H. RUDMAN

Attorneys for Plaintiff
MARY PEITLER

DATED: April 9, 2010      PERKINS COIE LLP

By:     */s/ Susan D. Fahringer*
        SUSAN D. FAHRINGER

Attorneys for Defendant
T-MOBILE USA, INC.

DATED: April 9, 2010      MUNGER, TOLLES & OLSON LLP

By:     */s/ Rosemarie T. Ring*
        ROSEMARIE T. RING

Attorneys for Defendants
MICROSOFT CORPORATION AND DANGER, INC.

**<u>ORDER</u>**

The request to continue is DENIED.  No good cause for continuance has been stated.  The case management conference remains on calendar as scheduled for April 26, 2010 at 10:00 AM

SO ORDERED.

Dated:    April 13, 2010

_____
JAMES WARE
United States District Judge