IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re T-Mobile Sidekick Litigation | NO. C 09-04854 JW |
| | **ORDER SETTING SCHEDULE FOR CLASS DISCOVERY AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| _____ / | |

This case is scheduled for a Case Management Conference on April 26, 2010. The parties filed a Joint Case Management Statement. (See Docket Item No. 48.) The parties request that the Court bifurcate class and merits discovery. (See id. at 3-4.) Upon review of the parties' Statement, the Court finds that a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the Court VACATES the April 26, 2010 Conference and ORDERS as follows:

(1) The Court finds good cause to bifurcate discovery between class and merits.

(2) All class discovery shall be completed on or before **January 14, 2011.**

(3) The Court sets a hearing on Plaintiffs' anticipated Motion for Class Certification on **April 11, 2011 at 9 a.m.**[1] Plaintiffs shall notice their Motion in accordance with the Civil Local Rules of the Court.

(4) The parties shall appear for a Further Case Management Conference on **November 15, 2010 at 10 a.m.** On or before **November 5, 2010**, the parties shall file a Joint Case Management Statement. The Statement shall provide a proposed schedule for

---

[1] The parties also request that the Court set a hearing date on Defendants' anticipated motion for summary judgment. (See id.) However, in light of the bifurcation of discovery, the Court declines to set a deadline for hearing dispositive motions at this time.

the close of all merits discovery, update the Court on the progress of class discovery and inform the Court of any settlement efforts.

Dated: April 21, 2010

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Himmelfarb Consumerlaw1@earthlink.net
David E. Breskin dbreskin@bjtlegal.com
Douglas Matthew Risen drisen@bm.net
Ira P. Rothken ndca@techfirm.com
Jay Edelson jedelson@edelson.com
Jon J Lambiras jlambiras@bm.net
Joren Surya Bass jbass@perkinscoie.com
Karl Phillip Barth kbarth@lmbllp.com
Kevin Andrew Seely kseely@robbinsumeda.com
Mark Adam Griffin mgriffin@kellerrohrback.com
Matt C Bailey mbailey@kpalawyers.com
Michael James Aschenbrener maschenbrener@edelson.com
Rosemarie Theresa Ring rose.ring@mto.com
Samuel H. Rudman srudman@csgrr.com
Sherrie R. Savett ssavett@bm.net
Susan D. Fahringer sfahringer@perkinscoie.com

**Dated: April 21, 2010**                                **Richard W. Wieking, Clerk**

                                                         **By:   /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**