**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re. T-Mobile Sidekick Litigation | NO. C 09-04854 JW<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

_____/

This case is scheduled for a Case Management Conference on November 15, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item No. 54.) The parties' Joint Statement, however, is insufficient for the Court to evaluate the current status of the case.

Accordingly, the Court continues the Case Management Conference to **December 13, 2010 at 10 a.m.**[1] On or before **December 3, 2010**, the parties shall file a Joint Case Management Conference Statement which shall include a proposed date for the close of all merits discovery, updates the Court on the progress of class discovery and informs the Court of any settlement efforts.

Dated: November 10, 2010

JAMES WARE
United States District Judge

---

[1] In light of this Order, Plaintiff's Motion for Telephonic Appearance is DENIED as moot. (Docket Item No. 53.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Himmelfarb Consumerlaw1@earthlink.net
David E. Breskin dbreskin@bjtlegal.com
Douglas Matthew Risen drisen@bm.net
Ira P. Rothken ndca@techfirm.com
Jay Edelson jedelson@edelson.com
Jon J Lambiras jlambiras@bm.net
Joren Surya Bass jbass@perkinscoie.com
Karl Phillip Barth kbarth@lmbllp.com
Kevin Andrew Seely kseely@robbinsumeda.com
Mark Adam Griffin mgriffin@kellerrohrback.com
Matt Craig Bailey mbailey@pollardbailey.com
Michael James Aschenbrener maschenbrener@edelson.com
Rosemarie Theresa Ring rose.ring@mto.com
Samuel H. Rudman srudman@csgrr.com
Seth Richard Lesser seth@klafterolsen.com
Sherrie R. Savett ssavett@bm.net
Susan D. Fahringer sfahringer@perkinscoie.com

**Dated: November 10, 2010**                                       **Richard W. Wieking, Clerk**

                                                              **By:   /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

United States District Court
For the Northern District of California