GREGORY P. STONE (SBN 078329)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:      (213) 683-9255
Facsimile:      (213) 687-3702
gregory.stone@mto.com

ROSEMARIE T. RING (SBN 220769)
MUNGER, TOLLES & OLSON LLP
560 Mission Street,
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:      (415) 512-4008
Facsimile:      (415) 512-4077
rose.ring@mto.com

CHARLES B. CASPER
(Admitted Pro Hac Vice)
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109-1029
Telephone:      (215) 772-7223
Facsimilie:     (215) 731-3750
ccasper@mmwr.com

Attorneys for Defendants
MICROSOFT CORPORATION and
DANGER, INC.

HARRY H. SCHNEIDER, JR. (Pro Hac Vice)
SUSAN D. FAHRINGER (Pro Hac Vice)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone:    (206) 359-8000
Facsimile:    (206) 359-9000
hschneider@perkinscoie.com
sfahringer@perkinscoie.com

[*Additional Counsel on Signature Page*]

Attorneys for Defendant
T-MOBILE USA, INC.

IRA P. ROTHKEN (SBN 160029)
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905
ira@techfirm.com

[*Additional Counsel on Signature Page*]

Co-Lead Counsel for Plaintiffs and Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

[STAMP: DENIED — James Ware, Judge James Ware — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 11/24/2010]

| | |
|---|---|
| In re T-MOBILE SIDEKICK LITIGATION | CASE NO.  5:09-CV-04854-JW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME** |

1    WHEREAS, there is a Case Management Conference in the above-captioned action set for
2 December 13, 2010;
3    WHEREAS, on November 19, 2010, plaintiffs filed a Motion for Preliminary Approval of
4 Class Action Settlement noticed for December 20, 2010;
5    WHEREAS, the parties stipulate and request that the Motion be set for hearing on
6 December 6, 2010, or during the Case Management Conference currently set for December 13,
7 2010, to facilitate and advance the settlement approval process;
8    NOW THEREFORE, the parties through their counsel of record stipulate to the following:
9    IT IS HEREBY STIPULATED that, subject to the Court's approval, plaintiffs' Motion for
10 Preliminary Approval of Class Action Settlement be set for hearing on December 6 or December
11 13, 2010.

DATED: November 23, 2010            ROTHKEN LAW FIRM

                                    By:      */s/ Ira P. Rothken*
                                             IRA P. ROTHKEN

DATED: November 23, 2010            PERKINS COIE LLP

                                    By:      */s/ Susan D. Fahringer*
                                             SUSAN D. FAHRINGER

                                    Attorneys for Defendant
                                    T-MOBILE USA, INC.

DATED: November 23, 2010            MUNGER, TOLLES & OLSON LLP

                                    By:      */s/ Rosemarie T. Ring*
                                             ROSEMARIE T. RING

                                    Attorneys for Defendants
                                    MICROSOFT CORPORATION AND
                                    DANGER, INC.

12392828.1

STIPULATED REQUEST AND [PROPOSED]
ORDER CHANGING TIME
CASE NO. 5:09-CV-04854-JW

1 | *Additional Counsel*:

2 | JOREN S. BASS (SBN 208143)
PERKINS COIE LLP
3 | Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
4 | Telephone: (415) 344-7000
Facsimile: (415) 344-7050
5 | JYurasek@perkinscoie.com
JBass@perkinscoie.com
6 | PLeider@perkinscoie.com

7 | Attorneys for Defendant
T-MOBILE USA, INC.

SAMUEL H. RUDMAN
MARK S. REICH
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

SHERRIE R. SAVETT
DOUGLAS RISEN
JON LAMBIRAS
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4636

JAY EDELSON
MICHAEL J. ASCHENBRENER (Pro Hac Vice)
EDELSON MCGUIRE, LLC
350 N. LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6379
Facsimile: (312) 589-6378
jedelson@edelson.com
maschenbrener@edelson.com

Co-Lead Counsel for Plaintiffs and Plaintiff Class

12392828.1

- 2 -

STIPULATED REQUEST AND [PROPOSED]
ORDER CHANGING TIME
CASE NO. 5:09-CV-04854-JW

**CERTIFICATION**

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this Stipulated Request and [Proposed] Order Changing Time. In compliance with General Order 45.X.B., I hereby attest that Susan D. Fahringer and Ira Rothken concurred in this filing.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is set for December 20, 2010 at 9:00 AM.

The Case Management Conference set for December 13, 2010 is VACATED.

Dated: November 24, 2010

_____
JAMES WARE
United States District Judge