IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 09-04854 JW

In re T-Mobile Sidekick Litigation

**ORDER REQUESTING AMENDED PROPOSED ORDER RE: PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

_____/

This case is scheduled for a Preliminary Approval Hearing of Class Settlement on December 20, 2010. On November 19, 2010, the parties submitted their Motion for Preliminary Approval of Class Settlement. (See Docket Item No. 59.)

Upon review, the Court finds the parties' submission insufficient, as the parties have failed to identify a Claims Administrator. Thus, on or before **December 15, 2010 at 12 p.m.**, the parties shall submit an Amended Proposed Order for Preliminary Approval that includes the name of their elected Claims Administrator. Further, the Court finds that the parties' proposed date for the Final Fairness Hearing comports with the Court's calendar. Accordingly, in their Amended Proposed Order, the parties shall also include a revised schedule based on the confirmed Final Fairness Hearing date set for **March 28, 2011 at 9 a.m.**

Dated: December 14, 2010

/s/ James Ware
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Himmelfarb Consumerlaw1@earthlink.net
David E. Breskin dbreskin@bjtlegal.com
Douglas Matthew Risen drisen@bm.net
Harry H Schneider hschneider@perkinscoie.com
Ira P. Rothken ndca@techfirm.com
Jay Edelson jedelson@edelson.com
Jon J Lambiras jlambiras@bm.net
Joren Surya Bass jbass@perkinscoie.com
Juli E. Farris jfarris@kellerrohrback.com
Karl Phillip Barth kbarth@lmbllp.com
Kevin Andrew Seely kseely@robbinsumeda.com
Mark A. Griffin mgriffin@kellerrohrback.com
Mark Adam Griffin mgriffin@kellerrohrback.com
Matt Craig Bailey mbailey@pollardbailey.com
Michael James Aschenbrener maschenbrener@edelson.com
Rosemarie Theresa Ring rose.ring@mto.com
Samuel H. Rudman srudman@csgrr.com
Seth Richard Lesser seth@klafterolsen.com
Sherrie R. Savett ssavett@bm.net
Susan D. Fahringer sfahringer@perkinscoie.com

**Dated: December 14, 2010**                    **Richard W. Wieking, Clerk**

                                                **By:    /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**