```
                  IN THE UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION



                                     )  C-00-04854-JW
                                     )
      IN RE T-MOBILE SIDEKICK        )  DECEMBER 20, 2010
      LITIGATION.                    )
                                     )  PAGES 1 - 12
      _____        )




                 THE PROCEEDINGS WERE HELD BEFORE

               THE HONORABLE UNITED STATES DISTRICT

                          JUDGE JAMES WARE

      A P P E A R A N C E S:


      FOR THE PLAINTIFFS: ROTHKEN LAW FIRM
                          BY:  IRA P. ROTHKEN
                          3 HAMILTON LANDING, SUITE 280
                          NOVATO, CALIFORNIA 94949

                          EDELSON MCGUIRE
                          BY:  MICHAEL J. ASCHENBRENER
                          350 LASALLE, SUITE 1300
                          CHICAGO, ILLINOIS 60654


               (APPEARANCES CONTINUED ON THE NEXT PAGE.)


      OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                                 CERTIFICATE NUMBER 8074
```

1

```
 1      A P P E A R A N C E S: (CONT'D)

 2

 3      FOR THE DEFENDANTS: MUNGER, TOLLES & OLSON
                            BY:  ROSEMARIE T. RING
                            560 MISSION STREET, 27TH FLOOR
 4                          SAN FRANCISCO, CALIFORNIA 94105

 5
                            PERKINS COIE
 6                          BY:  HARRY SCHNEIDER, JR.
                            1201 THIRD AVENUE, SUITE 4800
 7                          SEATTLE, WASHINGTON 98101

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

U.S. COURT REPORTERS

```
 1    SAN JOSE, CALIFORNIA                    DECEMBER 20, 2010
 2                        P R O C E E D I N G S
 3                 (WHEREUPON, COURT CONVENED AND THE
 4    FOLLOWING PROCEEDINGS WERE HELD:)
 5                 THE CLERK:  CALLING CASE NUMBER 09-4854,
 6    IN RE: T-MOBILE SIDEKICK LITIGATION.
 7                 FIVE MINUTES EACH SIDE.  ON FOR MOTION
 8    FOR A PRELIMINARY CLASS ACTION SETTLEMENT.
 9                 COUNSEL, PLEASE COME FORWARD AND STATE
10    YOUR APPEARANCES.
11                 MR. ROTHKEN:  GOOD MORNING, YOUR HONOR.
12    IRA ROTHKEN FOR COLEAD COUNSEL FOR THE PLAINTIFF
13    CLASS.
14                 MR. ASCHENBRENER:  MICHAEL ASCHENBRENER
15    ON BEHALF OF THE PUNITIVE CLASS.
16                 MS. RING:  GOOD MORNING, YOUR HONOR.
17    ROSEMARIE RING ON BEHALF OF MICROSOFT.
18                 MR. SCHNEIDER:  GOOD MORNING, YOUR HONOR.
19    HARRY SCHNEIDER ON BEHALF OF T-MOBILE.
20                 THE COURT:  VERY WELL.  THIS MATTER IS
21    BEFORE THE COURT FOR A PRELIMINARY APPROVAL OF A
22    SETTLEMENT.
23                 WHO IS GOING TO SPEAK TO THIS?
24                 MR. ROTHKEN:  GOOD MORNING, YOUR HONOR.
25    IRA ROTHKEN FOR THE PLAINTIFFS.  WE DID GO AHEAD
```

| | | |
|---|---|---|
| 09:12:29 | 1 | AND PROVIDE YOUR HONOR WITH AN UPDATED ORDER FOR A |
| 09:12:33 | 2 | PRELIMINARY APPROVAL OF THIS CLASS ACTION. |
| 09:12:35 | 3 | I WAS WONDERING BEFORE I GET STARTED IF |
| 09:12:38 | 4 | YOU HAVE ANY QUESTIONS RELATED TO THAT UPDATED |
| 09:12:40 | 5 | ORDER THAT YOU REQUESTED? |
| 09:12:48 | 6 | THE COURT: DOES IN RE: MERCURY APPLY TO |
| 09:12:52 | 7 | THIS? |
| 09:12:53 | 8 | MR. ROTHKEN: IN WHAT SENSE, YOUR HONOR? |
| 09:12:54 | 9 | THE COURT: HAVING TO DO WITH THE FEES. |
| 09:12:56 | 10 | DO THEY COME OUT OF THE FUND? |
| 09:12:57 | 11 | MR. ROTHKEN: NO, YOUR HONOR. |
| 09:13:00 | 12 | THE COURT: IS THE TIMING RELEVANT TO |
| 09:13:02 | 13 | THAT? |
| 09:13:02 | 14 | MR. ROTHKEN: YOUR HONOR, THE FEES DON'T |
| 09:13:03 | 15 | COME FROM THE COMMON FUND. THEY WERE SEPARATELY |
| 09:13:07 | 16 | NEGOTIATED AND SO IN TERMS OF A COMMON FUND IT |
| 09:13:12 | 17 | WOULD NOT APPLY. |
| 09:13:13 | 18 | THE CLASS WOULD NOT GET ANY REDUCTION |
| 09:13:17 | 19 | BASED UPON THE ATTORNEY'S FEES. |
| 09:13:20 | 20 | THERE -- THEY -- THE MOTION FOR FEES IS |
| 09:13:29 | 21 | FEBRUARY 14TH, 2011, AND THAT'S DUE BEFORE THE |
| 09:13:30 | 22 | OBJECTIONS ARE DUE WHICH IS MARCH 7TH. |
| 09:13:42 | 23 | THE COURT: AND WHAT IS THE CONTINGENCY |
| 09:13:44 | 24 | FOR APPEAL? WHY IS THAT THERE IN VIEW OF THE FACT |
| 09:13:47 | 25 | THAT THERE IS A SETTLEMENT? |

4

```
09:13:53   1              MR. ROTHKEN:  WELL, YOUR HONOR, IT
09:13:54   2   CONTEMPLATES THE POSSIBILITY THAT SOMEBODY WHO IS
09:13:56   3   AN OBJECTOR CAN FILE AN APPEAL.
09:13:58   4              WE DON'T THINK THE PARTIES ARE GOING TO
09:14:00   5   BE FILING APPEALS BECAUSE THEY OBVIOUSLY HAVE COME
09:14:03   6   TO TERMS AND AGREED, BUT IT'S CONCEIVABLE THAT AN
09:14:06   7   OBJECTOR WOULD COME IN AND FILE AN APPEAL.
09:14:08   8              THE COURT:  WHY WOULD THE CLASS SUFFER AN
09:14:11   9   EXPENSE OF THAT?  IF IT'S AN OBJECTOR, I PRESUME
09:14:13  10   IT'S SOMEBODY NOT IN THE CLASS?
09:14:15  11              OR ARE ALL OBJECTORS IN THE CLASS?
09:14:20  12              MR. ROTHKEN:  WELL, CERTAINLY, YOUR
09:14:21  13   HONOR, TO BE FAIR, THERE'S A SCENARIO WHERE AN
09:14:25  14   OBJECTOR COULD HAVE STANDING TO APPEAL THIS CLASS
09:14:28  15   ACTION SETTLEMENT AND SO THIS PROVIDES FOR THAT
09:14:37  16   POSSIBILITY.
09:14:40  17              THE PARTIES THEMSELVES DON'T INTEND ON
09:14:43  18   APPEALING.
09:14:52  19              IT IS QUITE A POSSIBILITY THAT IF AN
09:14:55  20   APPEAL WERE TO MANIFEST AND THE REMEDIES UNDER THIS
09:14:59  21   WERE --
09:15:00  22              THE COURT:  YOU DON'T SEEM VERY
09:15:01  23   ENTHUSIASTIC ABOUT THIS WHOLE THING.
09:15:03  24              MR. ROTHKEN:  WELL, YOUR HONOR, I'M HERE
09:15:08  25   RESPECTIVELY TO REPORT THE SETTLEMENT.  WE BELIEVE
```

5

|  |  |
|---|---|
| 09:15:11 1 | IT'S FAIR, REASONABLE, AND ADEQUATE. |
| 09:15:14 2 | THE COURT: DOES THE RELEASE -- I SEE |
| 09:15:16 3 | THAT THE REAL SETTLEMENT HERE ARE THESE BOTH GIFT |
| 09:15:20 4 | CARDS AND CHECKS, RIGHT? AND THERE IS A FORM THAT |
| 09:15:26 5 | HAS TO BE FILED TO RECEIVE THAT? |
| 09:15:27 6 | MR. ROTHKEN: THAT IS CORRECT, YOUR |
| 09:15:29 7 | HONOR. |
| 09:15:29 8 | THE COURT: BUT IF THE FORM IS NOT SENT |
| 09:15:31 9 | IN TO REQUEST THE GIFT CARD OR THE CHECK, THE |
| 09:15:35 10 | RELEASE IS BINDING. |
| 09:15:38 11 | MR. ROTHKEN: YES, YOUR HONOR, THE |
| 09:15:39 12 | RELEASE IS BINDING AS IN ANY OTHER CLASS ACTION IF |
| 09:15:44 13 | FOLKS SIT ON THEIR RIGHTS. |
| 09:15:45 14 | AND HERE THEY HAVE AN OPPORTUNITY TO NOT |
| 09:15:47 15 | ONLY GET CASH, BUT IF THEY WANT THEY CAN DOUBLE |
| 09:15:50 16 | THAT AND GET A GIFT CARD THAT WOULD BE USEFUL FOR |
| 09:15:54 17 | T-MOBILE GOODS AND SERVICES EXCEPT FOR THE T CELL |
| 09:15:58 18 | SALE FEE. |
| 09:16:08 19 | YOUR HONOR, THIS IS A CASE ABOUT DATA |
| 09:16:10 20 | LOSS AND DATA INTERRUPTION AND IN THIS CASE OVER |
| 09:16:15 21 | 99 PERCENT OF THE PEOPLE ARE GOING TO BE GETTING |
| 09:16:17 22 | ALL OF THEIR DATA BACK, EVEN IF THEY DON'T OWN THE |
| 09:16:19 23 | DEVICE ANY MORE. |
| 09:16:20 24 | SO IF THEY MOVED ON TO A NEW SMART PHONE |
| 09:16:24 25 | LIKE AN ANDROID OR IPHONE AND THEY REQUEST THEIR |

6

```
09:16:27   1    DATA BACK FROM T-MOBILE, T-MOBILE WILL PAY THE COST
09:16:30   2    TO GETTING THEIR DATA BACK AND SEND IT TO THEM ON A
09:16:33   3    CD OR E-MAIL IF THEY DON'T HAVE A DEVICE ANY MORE.
09:16:36   4              THE COURT:  SO THIS DATA IS REMOTELY
09:16:39   5    STORED.
09:16:40   6              MR. ROTHKEN:  THIS DATA IS REMOTELY
09:16:44   7    STORED AND IN WELL OVER 90 PERCENT OF THE CUSTOMERS
09:16:48   8    IT WAS FULLY RESTORED AND WILL BE MADE AVAILABLE TO
09:16:51   9    THEM.
09:16:52  10              MANY OF PEOPLE HAVE AVAILED THEMSELF OF
09:16:55  11    THAT FOR A LARGE NUMBER OF FOLKS WHO HAVE -- WHO
09:16:57  12    SUFFERED, YOU KNOW, SOME SORT OF SIGNIFICANT LOSS
09:17:00  13    OF INFORMATION.
09:17:02  14              THEY'RE GETTING CASH OR THEY'RE GETTING A
09:17:04  15    GIFT CARD.  EVERYONE IS GETTING SOMETHING.  IF THEY
09:17:08  16    STILL HAVE THE SIDEKICK SMART PHONE DEVICE, THEY
09:17:11  17    CAN GET FREE APPLICATIONS.
09:17:13  18              EVERYONE IS GOING TO BE ABLE TO RETRIEVE
09:17:16  19    THEIR LOST DATA, EXCEPT FOR JUST A FEW FOLKS, AND
09:17:20  20    THOSE FOLKS ARE BEING COMPENSATED AT THE HIGHEST
09:17:23  21    LEVELS.
09:17:24  22              THE COURT:  SO THERE'S NO SEGREGATED FUND
09:17:26  23    FOR THE SETTLEMENT?
09:17:30  24              MR. ROTHKEN:  THE SETTLEMENT COMPENSATION
09:17:33  25    IS SEPARATE FROM THE ATTORNEY'S FEES AND THE
```

```
09:17:37   1     SETTLEMENT COMPENSATION WILL BE GIVEN TO EVERYBODY
09:17:41   2     WHO FITS THE CRITERIA.
09:17:43   3              SO IF SOMEONE FITS THE CRITERIA OF, SAY,
09:17:47   4     LOSING A CERTAIN NUMBER OF CONTACTS, THEY'LL GET A
09:17:50   5     GIFT CARD OR A CHECK.
09:17:54   6              THE ATTORNEY'S FEES WERE SEPARATELY
09:17:57   7     NEGOTIATED AFTER THE TERMS OF THE SETTLEMENT WERE
09:18:02   8     NEGOTIATED, YOUR HONOR.
09:18:11   9              WELL, I SEE A NUMBER OF REPRESENTATIONS
09:18:13  10     WITH RESPECT TO THE VALUE AND THE REASONABLENESS OF
09:18:16  11     THE FEES SHOULD BE JUDGED IN RELATIONSHIP TO THAT.
09:18:19  12              SO I SEE AN EVALUATION BETWEEN 8.9 AND
09:18:27  13     $6.3 MILLION.
09:18:34  14              THEN I SEE THAT THE VALUE OF THE GIFT
09:18:38  15     CARDS ARE ABOUT 2.8 PERCENT AND CASH UP TO 8.4.
09:18:43  16              HOW DOES THAT ADD UP TO 8.9 AND 6.3?
09:18:51  17              MR. ROTHKEN:  WELL, YOUR HONOR, I DON'T
09:18:52  18     HAVE THE EXACT ALLOCATION IN FRONT OF ME RIGHT NOW
09:18:55  19     EXCEPT TO SAY THAT THE NUMBERS THAT YOU MENTIONED
09:18:58  20     AS YOU ROLLED THEM OFF SOUND CORRECT.
09:19:01  21              THIS IS CERTAINLY, YOU KNOW, MULTIPLE
09:19:04  22     MILLIONS OF DOLLARS IN COMPENSATION AND, YOUR
09:19:13  23     HONOR, IN TERMS OF ONE PIECE OF INFORMATION THAT
09:19:15  24     YOU MAY HAVE LEFT OUT OF THE IT BECAUSE IT WASN'T
09:19:17  25     CLEAR IN OUR PAPERS IS THAT THERE'S A WHOLE BUNCH
```

8

```
09:19:20  1   OF FREE APPS THAT THE CLASS MEMBERS WILL BE
09:19:25  2   GETTING.  EVERY CLASS MEMBER WILL BE GETTING THEM
09:19:28  3   AND THOSE APPS ARE WORTH A CERTAIN AMOUNT OF MONEY,
09:19:32  4   YOU KNOW, ROUGHLY $30.
09:19:34  5              THE COURT:  ANY OBJECTIONS TO THIS?
09:19:37  6   ANYONE ELSE WANT TO SPEAK TO IT?
09:19:46  7              MR. SCHNEIDER:  YOUR HONOR, HARRY
09:19:47  8   SCHNEIDER ON BEHALF OF T-MOBILE.  I WANTED TO BRING
09:19:49  9   ONE MATTER TO YOUR ATTENTION.  ALL OF THE
09:19:50 10   SETTLEMENT AND THE RESOLUTION PLAY OUT OVER THE
09:19:53 11   NEXT SIX MONTHS OR SO.
09:19:54 12              AFTER THAT EFFECTIVE JUNE 1, 2011,
09:19:58 13   T-MOBILE WILL DISCONTINUE THE SIDEKICK SERVICE,
09:20:01 14   THIS PARTICULAR DEVICE.
09:20:02 15              THE COURT:  I THOUGHT IT HAD ALREADY
09:20:04 16   BEEN.  IT'S STILL GOING.
09:20:05 17              MR. SCHNEIDER:  THEY QUIT SELLING THEM
09:20:07 18   BACK LAST YEAR, I BELIEVE IT WAS EARLY JULY.
09:20:10 19              BUT I WANTED TO LET YOU KNOW ABOUT IT NOW
09:20:13 20   RATHER THAN HEARING ABOUT IT IN MARCH.
09:20:14 21              BY THAT TIME T-MOBILE WOULD HAVE
09:20:17 22   SUCCESSFULLY MIGRATED ALL OF ITS CURRENT USERS TO A
09:20:21 23   SUCCESSFUL T-MOBILE DEVICE.
09:20:22 24              THE IMPACT ON THIS SETTLEMENT I'D LIKE TO
09:20:25 25   EMPHASIZE THAT THE SIDEKICK DEVICE WILL CONTINUE TO
```

| | | |
|---|---|---|
| 09:20:27 | 1 | BE OPERABLE EVEN AFTER THAT MAY 31ST, JUNE 1ST DATE |
| 09:20:31 | 2 | FOR TEXT AND VOICE, BUT IT WILL NO LONGER HAVE THE |
| 09:20:34 | 3 | BROWSER FEATURE OR THE INTERNET ACCESS. |
| 09:20:36 | 4 | WITH RESPECT TO THE DATA, BECAUSE THIS |
| 09:20:38 | 5 | CASE IS, AS COUNSEL SAID, ALL ABOUT THE DATA |
| 09:20:42 | 6 | INTERRUPTION OR LOSS IN SOME INSTANCES, THERE ARE |
| 09:20:44 | 7 | METHODS THAT WILL BE IN PLACE FOR THE SUBSCRIBERS |
| 09:20:48 | 8 | TO TRANSFER THE DATA ON THE SIDEKICK DEVICE TO A |
| 09:20:51 | 9 | SUCCESSOR DEVICE. |
| 09:20:52 | 10 | THERE WILL BE A COUPLE OF OPPORTUNITIES |
| 09:20:53 | 11 | TO DO THAT.  ONE BY A DEVICE BASED SOLUTION WHERE |
| 09:20:56 | 12 | IT'S PUT ON A SD CARD AND YOU CAN TAKE INTO A |
| 09:21:00 | 13 | T-MOBILE STORE AND TRANSFER IT OR YOU CAN ALSO GO |
| 09:21:03 | 14 | TO A SERVER AND DOWNLOAD IT TO THE PC. |
| 09:21:06 | 15 | MY POINT IS SIMPLY THIS, WELL BEFORE |
| 09:21:09 | 16 | MAY 3, '01, ALL OF THE AFFECTED SUBSCRIBERS WILL |
| 09:21:11 | 17 | HAVE HAD THE OPPORTUNITY, THE RESOURCES AND THE |
| 09:21:14 | 18 | INFORMATION TO MIGRATE THE DATA. |
| 09:21:16 | 19 | AS A PRACTICAL MATTER, UNDER THE |
| 09:21:19 | 20 | SETTLEMENT AGREEMENT WE ARE OBLIGED TO MAKE THE |
| 09:21:22 | 21 | DATA RESTORATION SERVICE AVAILABLE FOR 18 MONTHS |
| 09:21:27 | 22 | FROM THE COMMENCEMENT OF THE OUTAGE, WHICH WAS IN |
| 09:21:31 | 23 | OCTOBER OF '09. |
| 09:21:33 | 24 | SO ALL OF THAT WOULD HAVE HAD TO HAVE |
| 09:21:35 | 25 | BEEN ACCOMPLISHED IN APRIL OF 2011. |

10

U.S. COURT REPORTERS

```
09:21:37   1                    THE COURT:  IS THERE A CHARGE FOR IT?
09:21:41   2                    MR. SCHNEIDER:  NO.  AT LEAST A MONTH OR
09:21:42   3    SO BEFORE THIS SUSPENSION OF THE SIDEKICK SERVICE.
09:21:46   4    SO I JUST WANTED TO MAKE SURE THAT WE MENTION THAT
09:21:49   5    TODAY.
09:21:49   6                    THANK YOU.
09:21:55   7                    THE COURT:  VERY WELL.  THIS IS A
09:21:56   8    PRELIMINARY APPROVAL, AS I INDICATED, SO THERE WILL
09:21:58   9    BE NOTICES THAT WILL GO OUT.  THERE'S AN OPT-OUT AS
09:22:02  10    I SEE IT.
09:22:03  11                    THE ONLY CONCERN THAT THE COURT HAS TO DO
09:22:11  12    WITH THE EVALUATIONS, AND I DON'T SEE THEM NOW, BUT
09:22:14  13    I'LL STUDY THIS FURTHER AND THE COURT IS PREPARED
09:22:16  14    TO GIVE YOU PRELIMINARY APPROVAL TO SEND OUT THE
09:22:19  15    NOTICE.
09:22:20  16                    I'LL HAVE MY STAFF GIVE ONE FINAL LOOK AT
09:22:24  17    THE DATES JUST TO MAKE SURE THAT IT DOES COMPLY
09:22:30  18    WITH IT IN RE:  MERCURY.
09:22:33  19                    I'M NOT CLEAR AS TO WHETHER OR NOT IT
09:22:35  20    DOES APPLY GIVEN THE WAY THE SETTLEMENT IS
09:22:39  21    STRUCTURED, BUT I'LL TAKE A LOOK AT THAT AS WELL.
09:22:41  22                    ANYONE WANT TO SPEAK FURTHER TO IT?
09:22:46  23                    VERY WELL.  MATTER SUBMITTED.
09:22:50  24                    (WHEREUPON, THE EVENING RECESS WAS
09:22:56  25    TAKEN.)
```

11

```
 1
 2
 3
 4                       CERTIFICATE OF REPORTER
 5
 6
 7
 8            I, THE UNDERSIGNED OFFICIAL COURT
 9   REPORTER OF THE UNITED STATES DISTRICT COURT FOR
10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH
11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
12   CERTIFY:
13            THAT THE FOREGOING TRANSCRIPT,
14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND
15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS
16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS
17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED
18   TRANSCRIPTION TO THE BEST OF MY ABILITY.
19
20
21
22
23                         /S/
                          _____
24                        IRENE RODRIGUEZ, CSR, CRR
                          CERTIFICATE NUMBER 8074
25
                          DATED:  APRIL 1, 2011
```

12